danger which created the risk was the conduct of the boy Carr. This conduct could only be completely cured and the danger removed by the discharge of the boy. Defendant's foreman never promised to do this. He did nothing more than, in substance, to promise that he would admonish the boy to be more careful, that he would watch him, and that he would attend to him. Admonition is not the equivalent of control, nor watchfulness the same as removal. See, also, 161 App. Div. 958, 146 N. Y. Supp. 1118.

---

In re WILLARD PARKER HOSPITAL. (Supreme Court, Appellate Division, First Department. March 19, 1915.) In the matter of the Willard Parker Hospital. No opinion. Motion to resettle granted. Settle order on notice. See, also, 151 N. Y. Supp. 641; 152 N. Y. Supp. 1150.

---

In re WILLARD PARKER HOSPITAL. (Supreme Court, Appellate Division, First Department. March 19, 1915.) In the matter of the Willard Parker Hospital. No opinion. Motion granted; question to be settled on settlement of order. Settle order on notice. See, also, 152 N. Y. Supp. 1150.

---

WILLIAMS, Respondent, v. FRANKLINS, Inc., Appellant. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by Harry U. Williams against the Franklins, Incorporated. G. D. Zahn, of New York City, for appellant. J. L. Lockwood, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

WM. H. GEER CO., Respondent, v. J. W. MATTHEWS & CO., Appellant. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by the Wm. H. Geer Company against J. W. Matthews & Co. G. Witschief, of Newburgh, for appellant. F. Klein, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

WM. L. CROW CONST. CO., Respondent, v. AUERBACH et al., Appellants. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by the Wm. L. Crow Construction Company against A. Leopold Auerbach and others. H. A. Gordon, of New York City, for appellants. W. W. Robison, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, without prejudice to the ordering of a reference by the trial judge, if on the trial one should appear to be necessary. Order filed.

---

WILLIAMSBURG IRON & WIRE WORKS, Inc., Respondent, v. KUHN et al., Appellants. (Supreme Court, Appellate Division, First Department. March 26, 1915.) Action by the Williamsburg Iron & Wire Works, Incorporated, against John F. Kuhn and the Ætna Accident & Liability Company, impleaded. L. L. Kellogg, of New York City, for appellants. G. A. Rogers, of New York City, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

INGRAHAM, P. J., dissents, as to the claim for extra work, on the ground that there was no order in writing given by the general contractor to the plaintiff for such extra work as required by the second article of the contract between the plaintiff and the general contractor. See, also, 151 N. Y. Supp. 1150.

---

WILSON, Respondent, v. WILSON, Appellant. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by John W. Wilson against Anna B. Wilson. B. Mullin, of New York City, for appellant. H. B. Davis, of New York City, for respondent. No opinion. Order affirmed. Order filed.

---

WINDSOR REALTY CO., Appellant, v. REDDY et al., Respondents. (Supreme Court, Appellate Division, First Department. March 26, 1915.) Action by the Windsor Realty Company against William H. Reddy and another. O. N. Jacoby, of New York City, for appellant. L. Lauerstein, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

---

WINTER, Respondent, v. ROSENSTOCK, Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Action by Theodore Winter against Isaac M. Rosenstock. No opinion. Order affirmed, on argument, without costs.

---

WISSBACH, Appellant, v. TERRY & TENCH CO., Inc., Respondent. (Supreme Court, Appellate Division, Second Department. April 30, 1915.) Action by Phillip Wissbach, as administrator, etc., against the Terry & Tench Company, Incorporated. No opinion. Motion denied. See, also, 151 N. Y. Supp. 1151.

---

WITTEMANN BROS., Respondent, v. WITTEMANN CO., Appellant (2 cases). (Supreme Court, Appellate Division, Second Department. April 16, 1915.) Action by Wittemann Bros. against the Wittemann Company.

PER CURIAM. Order (in 88 Misc. Rep. 266, 151 N. Y. Supp. 813) affirmed, with $10 costs and disbursements.

BURR, J., not voting.

---

W. N. HALLOCK CO., Inc., Appellant, v. KIRST, Respondent. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by the W. N. Hallock Company, Incorporated, against George Kirst. R. C. Durland, of New York City, for appellant. H. Wintner, of New York City, for respondent. No opinion. Order reversed, with $10 costs and